# KENNETH ROSELLINI
## ATTORNEY AT LAW
Ottilio Building
555 Preakness Avenue
Level Two, Four East
Totowa, New Jersey 07512

(973) 998-8375
Fax (973) 998-8376
E-mail KennethRosellini@Gmail.com

NEW JERSEY AND NEW YORK BARS

September 28, 2011

*VIA ECF*
Honorable Renee Marie Bumb, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

Re: *U.S. v. Shin*
1:10-cr-00208-RMB
**Request for Korean Translator for Trial beginning October 3, 2011**

Dear Judge Bumb:

    As Your Honor knows, I represent the Defendant Jong Shin in the above-referenced matter. As per my conversation with Your Honor's Chambers, I respectfully request that the Court provide a Korean Translator for Ms. Shin for the entirety of the Trial scheduled for October 3, 2011, and for all related proceedings.

    Thank you Your Honor for Your Honor's attention to this matter. If Your Honor has any questions, please do not hesitate to contact me.

Respectfully submitted,

Kenneth Rosellini

Cc: Counsel of Record Via ECF