

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*       973-645-2700
*Newark, New Jersey 07102*

February 24, 2015

United States District Court
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, NJ  08101
Clerk's Office
Attn:  Marcy Barrett

    Re:  United States v. Jong Shin
        <u>Crim.10-CR-00208</u>

Dear Ms. Barrett:

    Please be advised that the above matter has been completed with respect to defendant Jong Shin.  Kindly cancel your Personal Recognizance Bond #CAM0542 in the amount of $100,000.00, filed on March 25, 2010. The defendant is responsible for cancelling any recorded judgments or liens associated with this bond.

    Thank you for your assistance in this matter.

        Respectfully submitted,

        PAUL J. FISHMAN
        United States Attorney

        s/ Diana Carrig

        By: Diana Carrig
        Assistant U.S. Attorney