AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> JONG SHIN <br> *Defendant* | Case No. 10 Cr. 208 (RMB) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jong Shin

Date: 09/24/2015

*Attorney's signature*

Ruth M. Liebesman (RL 5383)
*Printed name and bar number*

36 Farview Terrace
Paramus, NJ 07652

*Address*

ruthliebesman@aol.com
*E-mail address*

(201) 617-7000
*Telephone number*

(201) 617-7710
*FAX number*